**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHI PARMAR, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|       v. | : | |
| | : | NO. 11-3022 |
| SEPTA, | : | |
|    Defendant, | : | |

**ORDER**

      **AND NOW**, this _29th___ day of _September__ 2012, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 38) is **GRANTED**.

                                                      s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: